<table>
<tr><td>
Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (*If known*): _____
</td></tr>
</table>

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Maya**<br>First name<br><br>**Pavane**<br>Middle name<br><br>**Ratcliff**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – **6  7  7  4**<br>OR<br>9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9xx – xx – ___ ___ ___ ___ |

Debtor 1    **Maya**              **Pavane**              **Ratcliff**
            First Name          Middle Name            Last Name                    Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4.    Your Employer Identification Number (EIN), if any.**

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

EIN _____

EIN _____

**5.    Where you live**

**438 Johnson Lane**
Number    Street

**Red Oak, TX 75154**
City                              State    ZIP Code

**Ellis**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                              State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____
City                              State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                              State    ZIP Code

**6.    Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
   (See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
   (See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | **Maya** | **Pavane** | **Ratcliff** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Tell the Court About Your Bankruptcy Case

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | MM / DD / YYYY | _____ |
| | District _____ | When | Case number _____ |
| | | MM / DD / YYYY | |
| | District _____ | When | Case number _____ |
| | | MM / DD / YYYY | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| | Debtor _____ | | Relationship to you _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |
| | | MM / DD / YYYY | |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |
| | | MM / DD / YYYY | |

**11.** **Do you rent your residence?**

☑ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

- ☐ No. Go to line 12.
- ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Maya** | **Pavane** | **Ratcliff** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                        State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Maya** | **Pavane** | **Ratcliff** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.  What is the hazard?  _____

_____

_____

If immediate attention is needed, why is it needed?

_____

_____

_____

Where is the property?  _____

Number          Street

_____

_____
City                                                    State          ZIP Code

| Debtor 1 | **Maya** | **Pavane** | **Ratcliff** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

---

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Debtor 1 | **Maya** | **Pavane** | **Ratcliff** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☑ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X /s/ Maya Pavane Ratcliff**
Maya Pavane Ratcliff, Debtor 1

Executed on **01/20/2026**
MM/ DD/ YYYY

| Debtor 1 | **Maya** | **Pavane** | **Ratcliff** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|
| **If you are not represented by an attorney, you do not need to file this page.** | |

**X** **/s/ Holly Guelich**                                    Date **01/20/2026**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Holly Guelich**
Printed name

**Law Office of Holly Guelich**
Firm name

**12740 Hillcrest Dr 138**
Number        Street

_____

**Dallas**                                          **TX**  **75230**
City                                                State   ZIP Code

Contact phone **(214) 522-3669**          Email address **holly@hollyguelich.com**

**08567150**                                        **TX**
Bar number                                          State

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### Northern District of Texas

**In re**      Ratcliff, Maya Pavane

Case No. _____

**Debtor**                                                  Chapter _____ **7** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .............................................................................   **$3,338.00**

Prior to the filing of this statement I have received .................................................................   **$3,338.00**

Balance Due .............................................................................................................................   **$0.00**

2.   The source of the compensation paid to me was:

☐ Debtor          ☑ Other (specify)      **Don Ratcliff**

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/25)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 01/20/2026 | /s/ Holly Guelich |
|---|---|
| *Date* | Holly Guelich |
| | *Signature of Attorney* |

Bar Number: 08567150
Law Office of Holly Guelich
12740 Hillcrest Dr 138
Dallas, TX 75230
Phone: (214) 522-3669

**Law Office of Holly Guelich**
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Ratcliff, Maya Pavane**                                    CASE NO

                                                                    CHAPTER **7**


### VERIFICATION OF CREDITOR MATRIX

In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of my knowledge. I also certify that the attached mailing list

[ X] is the first mailing list filed in this case.

[ ] adds entities not listed on previously filed mailing list(s).

[ ] changes or deletes or corrects name and address on previously filed mailing lists.


Date _____**01/20/2026**_____      Signature _____**/s/ Maya Pavane Ratcliff**_____

                                                    Maya Pavane Ratcliff, Debtor

1st Hawaiian Bank
PO Box 1959
Honolulu, HI 96805


Aaron Jensen
985 Lorane Hwy
Eugene, OR 97405


Abby Collect
10161 Park Run Dr Ste 150
Las Vegas, NV 89145-8872


Adam & Mara VandeMortel
6316 Spring Trail
League City, TX 77573


Alexander and Baldwin
822 Bishop St
Honolulu, HI 96813


Allstate Benefits
1776 American Heritage Life Drive
Jacksonville, FL 32224


American Express
Po Box 981535
El Paso, TX 79998


American Savings Bank
Po Box 790408
Saint Louis, MO 63179-0408

AMEX
PO Box 96001
Los Angeles, CA 90096

Amy & Douglas Jones
1225 Smythe St
Charleston, SC 29492

Ashish & Kinnary Patel
15205 Swiss Alps Ct
Austin, TX 78738

Aubree Cobb
809 N 370 W
La Verkin, UT 84745

Audi Financial Services
Lockbox 94026
5505 N Cumberland Ave Suite 307
Chicago, IL 60656

Aylin Akbulbul Kucuksahal
10160 TX 242 600
Woodlands, TX 77385

Becki and Darren Kuhl
4007 Mosy Rock
Franklin, TN 37064

Brian Hosie Island Art of Utah
LLC
7533 S Center View Ct R
West Jordan, UT 84084

Britto LLC
2121 Ponce de Leon 650
Miami, FL 33146


Brookfield Properties
250 Vesey St
New York, NY 10281


Buxton
2651 S Polaris Rd
Fort Worth, TX 76137


Cara McLaughlin
2769 Oakshire Ave
Berkley, MI 48072


Carlos and Liz Jury
Bicentennial Ventures LLC
6950 E Chenango Ave Apt 556
Denver, CO 80237


Carlos Portilla
Vasco De Quiroga 3815 102d
05348


Castles Attorneys at Law
40 Termerance St 3200
Torranto, ON MSH 084, Canada


Cathy Buckenmaier
3 Fifty LLC
518 Montvale
Richmond, VA 23222

Celeste & Steven Bailey
1953 Birgewater Bay Dr
Moneta, VA 24121

Celine Liminet
1315 Harding Place 403
Charlotte, NC 28204

Central Pacific Bank
Po Box 790408
Saint Louis, MO 63179-0408

Charlie Hillard
Hawaii Fluid Art of Austin LLC
5004 Lodge View Ln
Austin, TX 78731

Chase
Po Box 15548
Wilmington, DE 19850-5548

Chase
Po Box 1423
Charlotte, NC 28201-1423

Citi Cards
Po Box 78045
Phoenix, AZ 85062-8045

Citi Cards
Po Box 790110
Saint Louis, MO 63179-0110

Collin McAfee, Brennan Lee
Jennifer Swyden, Hadley Howe
PO Box 1202
Broken Arrow, OK 74013

Constant Contact
1601 Trapelo Road
Waltham, MA 02451

Constant Contact
890 Winter St 300
Waltham, MA 02451

Credit Collection Services
PO Box 607
Norwood, MA 02062

Credit Systems Int
PO Box 1088
Arlington, TX 76004

Dallas Marley & Kip Bennet
Chew
15105 Osterly Court
Charlotte, NC 28278

Dana Melissa Kennedy
2416 Waterside Dr
Monroe, GA 30655

Danielle & Jesse Fanning
Fanning Ventures LLC
103 Sandstone Bend Ln
Dickinson, TX 77539

Dave King and Patrice O'Toole
DP Creativity, LLC
6232 157th St
Oak Forest, IL 60452

David and Brett Rodger
Lava Creations and Wolf Moon Creations
3641 Vestal Loop
Broomfield, CO 80023

David Triplett Joann Triplett
18314 Nina Street
Omaha, NE 68130

David Watins
2925 Pedemales Falls
Pflugerville, TX 78660

Dawn Brandt
1130 Bear Creek Parkway 2305
Euless, TX 76039

Delightree
4100 E Mississippi Ave 925
Denver, CO 80246

Department of Labor
PO Box 1054852
Atlanta, GA 30348

DFW Rheumatology
106 Plaza Dr Suite B
Red Oak, TX 75154

Discover
Po Box 30945
Salt Lake Cty, UT 84130-0945

Dmitriy Shpurik
Almina Holdings LLC
1053 NW 157th Ave
Pembroke Pines, FL 33028

Doland White
4627 Moresby
Torrance, CA 90505

Don Ratcliff
301 S Pruitt Rd 215
Spring, TX 77373

Entrepreneur Magazine
1651 E 4th St Ste 125
Santa Ana, CA 92701-5141

Equimium Asset Solutions
2700 Cumberland Pkwy SE 200
Atlanta, GA 30339

Essentials Outreach
Marketing
670 Davenport Dr
Waxahachie, TX 75167

First Date Merchant Services
PO Box 173845
Denver, CO 80217

Forest Capital
Franchoice
1000 N Beeline Hwy
Payson, AZ 85541


Fran Connect
13865 Sunrise 150
Herndon, VA 20171


Franchoice Inc
1000 N Beeline Hwy
Payson, AZ 85541


Front Street Equity Partners
3825 Edwards Rd Ste 103
Cincinnati, OH 45209-1262


Gary & Dena Espey
DGE Investments Inc
626 E 4th Ave
Naperville, IL 60540


Google Admin
1600 Amphitheatre Pkwy
Mountain View, CA 94043


Gunnels Seaside Creative Art
LLC
412 Meadowood Dr
Burlington, NC 27215


Harini and Karthik Kura
Saikura Management LLC
8034 Vanity Hill
San Antonio, TX 78256

Hawaiian Airlines CC
PO Box 60517
City of Industry, CA 91716

Hawaiian Financial
1138 N King St
Honolulu, HI 96817

Home Depot
Po Box 70600
Philadelphia, PA 19176-0600

Hub Spot
2 Canal Park
Cambridge, MA 02141

Hubspot
400 Montgomery St Level 10
San Francisco, CA 94111

Hyundai Motor Finance
Company
PO Box 650805
Dallas, TX 75265-0805

I FPG
499 Ernston Rd B9
Parlin, NJ 08859

Interra Sky 610 Uptown LLC
4801 Woodway 420
Houston, TX 77056

Jacob and Sherrie Cooper
3910 Dalea
Prosper, TX 75078

Jing & Wei Wu, Tao's
Company LLC
2406 Settlement Trl
Mount Pleasant, WI 53406

Jodi & Shahid Mehmood,
JMHASM, LLC
1337 Winnipeg Dr
Lewisville, TX 75077

Katie MacGregor Fluid Art LLC
304 West 3rd St
Rifle, CO 81650

Keaempfer
1980 Festival Plaza 650
Las Vegas, NV

Keter Environmental Group
400 Atlantic St 500
Stamford, CT 06901

Laboratory Physicians Assoc
5651 Broadmoor Street
Mission, KS 66202

Lady Baawine
The Art Lady LLC
19679 Split Rail Run
Loxahatchee, FL 33470

Laura & Bob Moore
21 Water Mill Rd
Okatie, SC 29909

Laura & Zachary West
West Nest LLC
412 Meadowood
Burlington, NC 27215

Leide & Glen Bucy
Dream City LLC
450 Rodkaway Dr
Midlothian, TX 76065

Leon Carson
1393 Leesland Drive
Westerville, OH 43081

Lesslie Boothe
8780 Neumann
Elberta, AL 36530

Leviton Law Firm/ The
Hartford
One Pierce Place suite 725W
Itasca, IL 60143

Linebarger, Goggan, Blair &
Sampson
3500 Maple Ave 800
Dallas, TX 75219

Loretta Richardson
330 S West St 502
Alexandria, VA 22314

Lyon Collections Services
352 Seventh Ave 1502
New York, NY 10001

Maritza Sosa Jimenez, Arches
Art LLC
5224 SW 159th Ave
Miramar, FL 33027

Mary Szakmeister & Virginia
Ellen
Fun Art Parties LLC
2103 W Greenleaf
Allentown, PA 18104

Matt and Stephanie Mendralla
Majestic Muse Holdings, Inc
3855 Ambrosia St Suite 101
Castle Rock, CO 80109

Merch Bank NSD
71 S Central Ave Ste 200
Valley Stream, NY 11580-5403

Methodist Health System
PO Box 655999
Dallas, TX 75365

MH Vision Map
14800 Quorum Dr 330
Dallas, TX 75254

Michael Lutz
512 Lodge Ct
Liberty Hill, TX 78642

Michelle Vice and Jonathan
VIce
1160 Citrus Oaks Run
Winter Springs, FL 32708


Microsoft
1 Microsoft Way
Redmond, WA 98052-8300


Mike & Sarah Young
9349 Pebble Beach
Santee, CA 92071


Mindy Kent
1Heart2Stars Inc
2981 Crest Ridge Unit 10
Tyler, TX 75703


MTE Electric
2722 N Mt Juliet Rd
Mount Juliet, TN 37122


Nebraska Furniture Mart
PO Box 2335
Omaha, NE 68103-2335


Neren Jain Preeta Garg
Ditan Arts LLC
6901 Syrah Dr
Dublin, CA 94568


Nikesh Jauhari
Guruji LLC
216 Hobson
Duluth, GA 30097

Nozak Consulting
6931 S 66th E Ave 105
Tulsa, OK 74133

OKC Linda Etherton KKRK,
Inc.
4913 SW 130th St.
Oklahoma City, OK 73173

Oliver & Sian Schmidt
Candleby Studio 1 LLC
13882 Berenger
Carmel, IN 46032

Olivia Auston
1324 West 320 North St
George, UT 84700

Open AI
1455 3rd St
San Francisco, CA 94158

Pete Pineda
First Splash Art LLC
7225 Harvey Lane
Plano, TX 75025

Philip Davis & Kimberly Davis
230 Riviera Dr
Corpus Christi, TX 78418

Piedmont Natural Gas
PO Box 1090
Charlotte, NC 28201

Pipedrive
530 5th Ave 802
New York, NY 10036

Platt Richmond PLLC
1201 N Riverfront Blvd 100
Dallas, TX 75207

PMAT Companies
109 Northpark Blvd 300
Covington, LA 70433

PPG Industries
One PPG Place
Pittsburgh, PA 15221

Prep Property Group
2750 Rasmussen Rd 202
Park City, UT 84098

Pryia Patel, Denton Art Studio
LLC
2004 Georgetown Blvd
Prosper, TX 75078

Public Storage
PO Box 25050
Glendale, CA 91221

Radiology Associates
PO Box 1259 Dept 165957
Oaks, PA 19456

Rallio
7700 Irvine Center Dr Suite 430
Irvine, CA 92618


Rallio
400 Irvine Center Dr Suite 430
Irvine, CA 92618


Renae and Shawn Myers
Focus Endeavors, LLC
437 Cold Mountain Trl.
Fort Worth, TX 76131


Sales Force
415 Mission St 3rd Floor
San Francisco, CA 94105


Sandy & Dana Hursey
2750 Highview Dr
Pasadena, CA 91101


Saruin Patel
396 Echo Lane Unit 3
60504


Seth Lowry & Pete Carols,
FoxKnox Enterprises Arizona
26720 N 10th Ln
Phoenix, AZ 85085


Shylaja Reddipalli
BR Group Companies
607 Mission Circle
Irving, TX 75063

Spectrum
Charter COmmunications
PO Box 60074
City of Industry, CA 91716


Spencer Brown
2127 N Marketside Ave
Naperville, IL 60540


Spencer Brown
2127 N Marketside Ave
Buckeye, AZ 85396


Summit Natural Gas
PO Box 2414
Fort Smith, AR 72902


Suzi and Joel Overstreet
Ohana Creations LLC
12 Nickel Springs Drive
Easley, SC 29642


Swift Funding
290 Central Ave 109
Lawrence, NY 11559


T Force Freight
PO Box 7410804
Chicago, IL 60674


Team Health
6301 Ridglea Place Ste 201
Fort Worth, TX 76116

Teresa Narayan
HAMSA Enterprises Inc
16709 W 156th St
Olathe, KS 66062

Texas Bank
2601 N Lamar Blvd 300
78705

Texas Workforce Commission
PO Box 591
Fort Worth, TX 76101-0591

The Parvin Group
1607 Fort Worth Ave
Dallas, TX 75208

Thomas and Tricia Van Dalsen
54 McIntyre Dr
Asheville, NC 28803

Thu Pham Bode Creations
559 Frost Ave 101
Warrenton, VA 20186

Together Credit Union
423 Lynch St
Saint Louis, MO 63118

Together Credit Union
423 Lynch St
Saint Louis, MO 63118-1818

Tony Gaglio
Boltimo Corporation
818 Lido
Rochester, MI 48307

Tony Jeary
2591 Lakeside Pkwy 100
Flower Mound, TX 75022

Trademark Properties
1701 River Run 500
Fort Worth, TX 76107

Travellers Insurance
PO Box 64115
Saint Paul, MN 55164

UC Health
PO Box 1259 Dep 147637
Oaks, PA 19456

Uline
PO Box 88741
Chicago, IL 60680-1741

Unique Funding Solutions
4310 Lawrenceville Rd
Loganville, GA 30052

United First
2999 NE 191st S 901
Miami, FL 33180

Verizon
Po Box 15124
Albany, NY 12212-5124

Vicki Cravens
1704 Amazon Dr
Plano, TX 75075

Vicki Dewitt
Create Space 605 LLC
1108 Sunnyside Cr
57310

Vishal Kumar & Noopur
Srivastava
Tobbany Inc
705 Town Blvd 440
Atlanta, GA 30319

VW
LB 94026
5505 N Cumberland 307
Chicago, IL 60656

Wen Quin and Wendy Nguyen
PS Southside Place LLC
4146 Glenshire Ave.
Houston, TX 77025

Wendi Wills
3708 Lower Honoapiilani Rd E43
Lahaina, HI 96761

West Wilson Utility District
10960 Lebanon Rd
37112

Xsite

4250 Pacific Hwy 205
Indian Wells, CA 92210