Robert Yaquinto, Jr.
State Bar No. 22115750
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502 Fax: 214/946-7601
ATTORNEY FOR TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                    §
                                          §
MAYA PAVANE RATCLIFF,                     §        CASE NO. 26-30267-SWE-7
                                          §
          DEBTOR.                         §

## MOTION TO EXTEND DEADLINES UNDER SECTIONS 523 AND 727

**ANY PARTY WISHING TO RESPOND TO THIS MOTION MUST FILE A RESPONSE WITH THE U.S. BANKRUPTCY CLERK, ROOM 1254, 1100 COMMERCE STREET, DALLAS, TX 75242, AND SERVE A COPY ON THE TRUSTEE AT 509 N. MONTCLAIR AVENUE, DALLAS, TX 75208, WITHIN 21 DAYS OF THE SERVICE OF THE MOTION. IF A RESPONSE IS FILED AND SERVED TIMELY, A HEARING ON THE MOTION WILL BE SCHEDULED WITH A NOTICE TO THE RESPONDING PARTY ONLY.**

**IF NO RESPONSE IS FILED AND TIMELY SERVED ON THE TRUSTEE, THE COURT MAY DEEM THIS MOTION UNOPPOSED AND MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT FURTHER NOTICE TO ANY PARTY.**

Robert Yaquinto, Jr., the Chapter 7 trustee (the "Trustee") for the estate of Maya Pavane Ratcliff (the "Debtor"), hereby submit this *Motion to Extend Deadline Under Sections 523 and 727* (the "Motion"). In support of this Motion, the Trustee respectfully represents as follows:

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(I) and 157(b)(2)(J) because the relief requested in the Motion directly impacts objections to the Debtor's discharge and determinations as to the dischargeability of particular debts.

2. April 20, 2026, is the present deadline for filing complaints or motions to determine dischargeability of any debt under Section 523 pursuant to Federal Rule of Bankruptcy Procedure 4007(c) (the "523 Deadline").

3. April 20, 2026, is also the present deadline for filing complaints or motions to object to the Debtor's discharge under Section 727 of the Bankruptcy Code pursuant to Federal Rule of Bankruptcy Procedure 4004(a) (the "727 Deadline").

4. The Trustee respectfully requests an extension of the 523 Deadline to June 19, 2026, pursuant to Federal Rule of Bankruptcy Procedure 4007(c).

5. The Trustee also respectfully requests an extension of the 727 Deadline to June 19, 2026, pursuant to Federal Rule of Bankruptcy Procedure 4004(b)(1).

6. "Cause" exists to extend the deadlines. The Trustee has not held the Section 341 meeting of creditors. Debtor did not appear February 17, 2026 for the originally schedule meeting of creditors. Trustee continued the meeting to April 17, 2026. Debtor did not appear for this meeting because she was experiencing mental health issues and went to a treatment facility located in North Tustin, California. The treatment facility, Neurish Wellness, will provide a 30-45 day treatment program to stabilize the Debtor and return her to normal levels of functioning. Trustee has continued the meeting to April 17, 2026, In light of these events, the Trustee requests the deadline to file Complaints or Motions Objecting to Discharge and Complaints of Motions Objecting to the Dischargeability of Certain Debts be extended to June 19, 2026.

7. Trustee reserves the right to seek further extension of these deadlines if appropriate and necessary.

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully requests that the Court extend the 523 Deadline and the 727 Deadline from April 20, 2026, to June 19, 2026, and grant such other and further relief as deemed appropriate by this Court.

DATED: March 20, 2025.

Respectfully submitted,

 /s/ Robert Yaquinto, Jr.
Robert Yaquinto, Jr.
State Bar No. 22115750
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502 Fax: 214/946-7601
ATTORNEYS FOR TRUSTEE

CERTIFICATE OF CONFERENCE

I hereby certify that, on March 2, 2026, I conferred with Holly Guelich, counsel for the Debtor regarding the relief requested in this Motion. She confirmed Debtor did not oppose the relief requested. Trustee provided her with a copy of this Motion prior to its filing.

/s/ Robert Yaquinto, Jr.
Robert Yaquinto, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that, on the   20th   day of March, 2026, a true and correct copy of the foregoing Motion has been forwarded by electronic transmission or first-class mail, postage prepaid, to the United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242 and to those parties included on the attached Service List, and all parties receiving filings by the Court's ECF system.

/s/ Robert Yaquinto, Jr.
Robert Yaquinto, Jr.